UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Perales,

    Plaintiff,

v.                                                     Civil No. 14-2205 (JNE/HB)
                                                       ORDER

United States, Warden, Sheriff Bailey,
Randy Schmidt, and Richard Norman,

    Defendants.

In a Report and Recommendation dated July 7, 2014, the Honorable Jeanne J. Graham, United States Magistrate Judge, recommended that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs be denied and that this action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) (2012). No objection to the Report and Recommendation has been received. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 3]. Therefore, IT IS ORDERED THAT:

    1.    Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Docket No. 2] is DENIED.

    2.    This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 11, 2014

                                                                              s/Joan N. Ericksen
                                                                              JOAN N. ERICKSEN
                                                                              United States District Judge